IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 14 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR. NO. C-99-165  (C.A. C-00-20) |
| § | |
| LUIS HUMBERTO DELGADO § | |

## ORDER TO FILE

The Clerk is directed to file the accompanying letter from defendant as a motion under 28 U.S.C. § 2255. The Clerk shall furnish filing forms to defendant along with a copy of his letter so that he may file his statement appropriately pursuant to 28 U.S.C. § 2255.

ORDERED this ___14___ day of ___January___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

USA-vs- Luis Humberto Delgado　　　　　　　　　　　　Cr C-99-165
(CA C-00-20)

Judge H.W. Head Jr. my name is Luis Humberto Delgado, Case No CR-C-99-165-1. This letter is to inform you that I am appealing my sentence. I am aware that on 1-06-2000 after I was sentenced, you asked me if I had anything to say or add before you imposed my sentence. Sir, with all due respect there are a few points that I'd like to address that I feel would of or should of been considered or questioned. Primarily my PSI report. Sir, since the day of my apprehension, 05-11-99, I've been most cooperative with all those involed with my case. Parts D31 and E44 of my PSI report clearly stat that I had "an agreement with the government, whereby it will be recomended that I be sentenced to a reduced term of imprisonment should "substant assistance be provided". The information I gave the DEA is true and valid. The name "Richard" is real. I don't know his last name, never have. I was and still am willing to direct those interested to this individu Your honor, this is all I know and it is "substantial" if followed up on. But according to the PSI report and the DEA, this is not sufficient sufficient, substantia It seems that I was to turn people over that I don't know. My point is this, I've admitted my guilt. I in no way have misled the government. Our definition of substantial seems to vary. If th DEA would have made any kind of effort to investiga

or even monitor this individuals movement, they would or will discover that "Richard" is a key figure in the trafficing of narcotics in the Los Angeles area. I can't give you information I don't have. This information is solid, substantial, if looked into. Is 21 Kilos of ~~heroin~~ herion not substantial enough reason to warrent an investigation on this individual? I cooperated by giving them what I knew, and didn't recieve any point reduction in levels. I didn't even recieve any consideration for a reduced sentence. Furthermore, I was not even considered for a level reduction for my offender characteristics. Why? I've never been in any troul with the law in any way, shape, or form. That shoulk count for something, or some kind of level reduction. My wife and three boys need me. I'm the sole provider for my family. Your honor, I'm simply saying that I was not afforded or realisticly considered for any kind of real drop in level of offense. Just because the information I gave wasn' substantial. The DEA's lack of effort was also substantially weak. The dictionary defines substantial as Real, Ample, considerable, solidly built. Your honor the heroin was real, the heroin was ample, the heroin was considerable. If investigated a solidly built case could manifest itself. I did not get a substantial (Real) effort from the DEA or the people who put

the PSI report together. I'm a low level runner. The government wants these people on a silver platter. The heroins destination should be ample reason to at least warrant an honest looking into when and individuals life is at stake. Please, sir, reconsider the time I was Assessed. I did all I could to help my and the governments situation.

The other point I was displeased with was the lack of defense shown for my behalf by my attorney Bill May. Your honor I have no money at all. My family raised what money they could to hire me what they thought would be a better chance at getting skilled legal representation. Only twice did Mr. May ever come to see me. The first meeting was to charge me and tell me that I had a good case. He charged me $25,000. I gave him $15,000 up front. The second visit was to tell me to pleg guilty. I sincerly feel that Mr. May never even honestly made an attempt to fight my case. When ever I'd call his office to see how things were going, he'd simply say "things are going well" and then would ask when was I going to pay the other $10,000. Things didn't go well. Mr May misled me to believeing that he was fighting for me. Your honor, as you yourself witnessed, he didn't even object to the amount of time recommended. For

-4-

the kind of money he charges. you'd at least expect for him to object or he himself speak out in your defense for a lesser sentence. He meekly agreed to the recommendation. I'm very dissappointed in Mr May. Not only did he not confer, council or concur my situation with me. He never even even kept me posted on what kind of recommendation the government was going to go with. Everything according to him was, "everything is going fine". Besides this motion to seek an appeal on the grounds of ineffective council, I plan to file a complaint with the Texas Bar Association. Ineffective council and a substantially lack of effort on the governments part in trying to see if the information I gave them are my grounds for this motion to appeal. Your honor, I'm at your mercy and I have confidence that you'll consider this appeal with merit and urgency. I respect your decision and in God I trust. Thank you for your time.

Respectfully,

LUIS. H. DELGADO